# EXHIBIT 3

 Outlook

## Chubb Limited - Rule 14a-8 Notification

**From** Richard Weiss
**Date** Thu 1/15/2026 9:16 AM
**To** ShareholderProposals <shareholderproposals@sec.gov>
**Cc** etjuerge@debevoise.com <etjuerge@debevoise.com>; etjuerge@debevoise.com <etjuerge@debevoise.com>; Shareholder Engagement <shareholderengagement@asyousow.org>;

Good Morning,

*As You Sow* is the proponent of a shareholder proposal submitted to Chubb Limited. *As You Sow* is in receipt of a notice of intent to exclude to the SEC dated January 13, 2026. *As You Sow* intends to respond on behalf of the proponent by January 30, 2026, and respectfully requests the Staff delay issuing a response until after that time.

The Company is CCed here. Thank you.

**Richard Weiss**
**Senior Counsel**
*As You Sow*

www.asyousow.org



~Empowering Shareholders to Change Corporations for Good~