UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AS YOU SOW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:26-cv-00734 (SLS) |
| ) | |
| CHUBB LIMITED, ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

On March 11, 2026, the Court ordered the parties to meet and confer and file a joint status report by March 13, 2026. The Court ordered the parties to address (1) a proposed briefing schedule on Plaintiff As You Sow's motion for a preliminary injunction; (2) whether a hearing on the motion is necessary and, if so, proposed dates and times for the hearing; and (3) whether the parties anticipate factual disputes and, if so, whether an evidentiary hearing is needed. The parties file this joint status report pursuant to the Court's order.

The parties were unable to reach agreement on a proposed briefing schedule for the preliminary injunction motion and for Defendant Chubb Ltd.'s anticipated motion to dismiss. **Chubb Ltd. seeks a conference on Monday, March 16 or at the Court's earliest convenience to address this scheduling issue.** Plaintiff believes that a conference on the scheduling matter is unnecessary, but counsel is available on Monday, March 16, should this Court order one.

**1. Briefing Schedule**

This lawsuit seeks injunctive relief requiring Chubb Ltd. to include a shareholder proposal from As You Sow in the proxy materials that Chubb Ltd. will disseminate in advance of its 2026 annual shareholder meeting. The parties were unable to reach agreement on a proposed briefing

1

schedule for As You Sow's pending motion for a preliminary injunction and Chubb Ltd.'s anticipated motion to dismiss. Their respective positions are set forth below on this item 1.

*Plaintiff's Position:* Chubb Ltd. has announced that it will hold its annual meeting in May 2026, and As You Sow anticipates that Chubb Ltd. will finalize its proxy materials in early April. Counsel for As You Sow sought to ascertain from counsel for Chubb Ltd. the precise date on which Chubb Ltd. intends to finalize its materials but has thus far been unable to do so. Under the timeline set forth in Securities and Exchange Commission (SEC) Rule 14a-8(j), however, As You Sow understands that Chubb Ltd. could finalize its materials as early as April 3, which is 80 days after Chubb Ltd. informed the SEC that it intends to exclude As You Sow's proposal from the materials.

To give this Court sufficient time to issue a ruling in advance of that date, As You Sow proposes that Chubb Ltd.'s motion to dismiss and response to As You Sow's preliminary injunction motion be due on **Wednesday, March 18**; that As You Sow's opposition to Chubb Ltd.'s motion to dismiss and reply in support of its preliminary injunction motion be due by **noon on Monday, March 23**; and that Chubb Ltd.'s reply in support of its motion to dismiss be due by **noon on Wednesday, March 25**.

As You Sow objects to Chubb Ltd.'s proposed timeline, which would push this Court's consideration of As You Sow's motion for a preliminary injunction past April 3 and thereby result in the motion's effective denial. As You Sow has attempted at all times to move diligently in securing pro bono counsel, in putting this matter before the Court, and in moving promptly for a preliminary injunction one-and-a-half days after service was effected on the entity that Chubb Ltd. has identified in its SEC filings as its registered agent in the United States.

*Defendant's Position:* Plaintiff has not effectuated service properly, so Chubb Ltd. currently disputes that the Court has personal jurisdiction. Plaintiff served a Chubb Ltd. affiliate—but not

Chubb Ltd. itself. Chubb Ltd. proposes that the Court first address this gating issue before any briefing or consideration of the preliminary injunction. Chubb Ltd. seeks a conference on Monday, March 16 or at the Court's earliest convenience to address the scheduling issue created by Plaintiff's ineffective service.

Any urgency here is a result of Plaintiff's own delay and should not result in a rushed briefing schedule for Chubb Ltd. Plaintiff learned all relevant facts giving rise to this lawsuit on January 13, 2026, when Defendant informed Plaintiff and the SEC of its position. On January 15, 2026, the SEC informed the parties that the SEC "will not object if the Company excludes [Plaintiff's] Proposal from its proxy materials." Plaintiff waited nearly two months later, until March 3, 2026, to file its Complaint and, then waited a week more until March 10, 2026 to file its motion for a preliminary injunction.

Subject to the Court's direction on whether service should be briefed and decided first, Chubb Ltd. proposes that its motion be due **on Friday, March 20,** and that As You Sow's opposition be due **on Thursday, March 26,** with Chubb Ltd.'s reply due **on Monday, March 30**. Contrary to Plaintiff's assertion, this schedule permits timely consideration of the motion. Only if the matter is not dismissed on jurisdictional grounds should the matter proceed to further briefing on the preliminary injunction schedule. Chubb Ltd. further requests that the Court order no further response to the Complaint is due until resolution of the preliminary injunction.

**2. Hearing**

Should the Court enter a briefing schedule on the preliminary injunction motion, the parties expect that a hearing on the motion would be helpful to the Court in resolving the legal issues presented in this case. Plaintiff's counsel is available at any time during the weeks of March 16 or March 23 (except before 1:00 PM on Friday, March 20). Plaintiff's counsel is also available at any

time on Monday, March 30; Tuesday, March 31; or Wednesday, April 1. For a potential hearing on the preliminary injunction motion, and consistent with its proposed briefing schedule, defense counsel is generally available for a hearing on April 1 (morning or early afternoon only), or April 2 or 3, and can be available for a hearing the week of March 23rd if the Court orders Plaintiff's proposed briefing schedule.[1]

### 3. Fact disputes

Based on the present record, the parties do not anticipate that a decision on As You Sow's motion will require the consideration of live witness testimony. As You Sow has already submitted a fact declaration, and Chubb Ltd. intends to submit one or more declarations in its response. Because As You Sow does not know what factual issues Chubb Ltd.'s intended declaration(s) will introduce into the case, As You Sow reserves the right to seek evidentiary development on those issues, including through a hearing, if necessary, subject to 72 hours' notice as required by the Local Rules and the availability of any relevant witnesses. At present, however, the parties expect that only legal argument, and not an evidentiary hearing, is necessary.

*** 

Chubb Ltd.'s submission of this joint statement is subject to, and not intended as a waiver of, its objections to jurisdictional issues, including service.

---

[1] Defense counsel has an immovable conflict on March 30 and 31. Plaintiff's counsel has an immovable conflict on April 2 and April 3.

Dated: March 13, 2026 Respectfully submitted,

/s/ Nicolas A. Sansone
Nicolas A. Sansone (DC Bar No. 1686810)
Nandan Joshi (DC Bar No. 456750)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Plaintiff*

/s/ Jonathan K. Youngwood
Jonathan K. Youngwood
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017
(212) 455-2000

*Counsel for Defendant*

/s/ Allen W. Burton
Allen W. Burton (*pro hac vice* motion forthcoming)
O'MELVENY & MYERS LLP
1301 Avenue of the Americas
Suite 1700
New York, NY 10036
Phone: (212) 326-2000
Fax: (212) 326-2061
Email: aburton@omm.com

*Counsel for Defendant*